```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 05 B 18592
   DEBORAH A WILLIAMSON
                                               CHAPTER 13

                                               JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-9855


-------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 05/10/2005 and was confirmed 07/18/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  14.60%.

     The case was paid in full 12/08/2008.
-------------------------------------------------------------------------------
CREDITOR NAME               CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                             PAID          PAID
-------------------------------------------------------------------------------
PHH MORTGAGE SERVICES    CURRENT MORTG          .00             .00              .00
PHH MORTGAGE SERVICES    MORTGAGE ARRE     19377.12             .00         19377.12
FIRST MIDWEST BANK       SECURED            8900.00         1264.98          8900.00
FIRST MIDWEST BANK       UNSECURED          3994.63             .00           583.12
ACADEMY COLLECTION SERVI UNSECURED         NOT FILED            .00              .00
ACS                      UNSECURED         NOT FILED            .00              .00
ARONSON FURNITURE        UNSECURED          1127.38             .00           164.56
ROUNDUP FUNDING LLC      UNSECURED          8289.79             .00          1210.10
ENCORE RECEIVABLE MANAGE UNSECURED         NOT FILED            .00              .00
ECAST SETTLEMENT CORP    UNSECURED          6727.18             .00           982.00
ISAC                     UNSECURED         49278.37             .00          7193.44
LINEBARGER GOGGAN BLAIR  UNSECURED         NOT FILED            .00              .00
BLATT HASENMILLER LEIBSK UNSECURED         NOT FILED            .00              .00
ECAST SETTLEMENT CORP    UNSECURED          1408.55             .00           205.61
NEW JERSEY HIGHER EDUCAT UNSECURED          8196.40             .00          1196.47
SHERMAN ACQUISITIONS LP  UNSECURED         NOT FILED            .00              .00
PORTFOLIO RECOVERY ASSOC UNSECURED          3194.89             .00           466.38
ARONSON FURNITURE        SECURED            1351.00           92.90          1351.00
THOMAS M BRITT           DEBTOR ATTY        1,100.00                        1,100.00
TOM VAUGHN               TRUSTEE                                             2,805.71
DEBTOR REFUND            REFUND                                                  .00

      Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                       RECEIPTS              DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                46,893.39

PRIORITY                                            .00
SECURED                                       29,628.12
   INTEREST                                    1,357.88
UNSECURED                                     12,001.68

                 PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 05 B 18592 DEBORAH A WILLIAMSON
```

```
ADMINISTRATIVE                                              1,100.00
TRUSTEE COMPENSATION                                        2,805.71
DEBTOR REFUND                                                    .00
                                    ---------------   ---------------
TOTALS                                    46,893.39         46,893.39
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 03/05/09                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```